LMB/as

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 00-6030

18 U.S.C. § 2423(

CR-FERGUSON

FEB 3 2000

MAGISTRATE JUDGE
SNOW

UNITED STATES OF AMERICA, )
)
        Plaintiff, )
v. )
)
THEODORE WILLIAM WELLS, JR., )
)
        Defendant. )
_____)

**INDICTMENT**

The Grand Jury charges that:

**COUNT 1**

From on or about December 18, 1999, until on or about December 21, 1999, in Broward County, in the Southern District of Florida, and elsewhere, the defendant,

THEODORE WILLIAM WELLS, JR.,

did knowingly travel in interstate commerce, from the State of Florida to the State of Illinois, for the purpose of engaging in a sexual act, as defined in Title 18, United States Code, Section 2246, with a person under 18 years of age, that would be a



violation of Chapter 109A of Title 18, United States Code, if the sexual act occurred in the special maritime and territorial jurisdiction of the United States; all in violation of Title 18, United States Code, Section 2423(b).

A TRUE BILL:

_____
FOREPERSON

_____
THOMAS E. SCOTT
UNITED STATES ATTORNEY

_____
LAURENCE M. BARDFELD
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA         CASE NO. _____

v.

THEODORE WILLIAM WELLS, JR.      **CERTIFICATE OF TRIAL ATTORNEY*** 
_____
                                 **Superseding Case Information**:

**Court Division**: (Select One)   New Defendant(s)      Yes ___  No ___
                                   Number of New Defendants  ___
___ Miami    ___ Key West          Total number of counts    ___
_X_ FTL      ___ WPB   ___ FTP

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:      (Yes or No) __No__
   List language and/or dialect   __English__

4. This case will take __3__ days for the parties to try.

5. Please check appropriate category and type of offense listed below:
   (Check only one)                        (Check only one)

   I    0 to 5 days       _X_     Petty        ___
   II   6 to 10 days      ___     Minor        ___
   III  11 to 20 days     ___     Misdem.      ___
   IV   21 to 60 days     ___     Felony       _X_
   V    61 days and over  ___

6. Has this case been previously filed in this District Court? (Yes or No) __No__
   If yes:
   Judge: _____  Case No. _____
   (Attach copy of dispositive order)

   Has a complaint been filed in this matter? (Yes or No) __No__
   If yes:
   Magistrate Case No. _____
   Related Miscellaneous numbers: _____
   Defendant(s) in federal custody as of _____
   Defendant(s) in state custody as of _____
   Rule 20 from the _____  District of _____

   Is this a potential death penalty case? (Yes or No) __NO__

7. Does this case originate from a matter pending in the U. S. Attorney's Office prior to April 1, 1999? ___ Yes _X_ No   If yes, was it pending in the Central Region? ___ Yes ___ No

                                 _____
                                 LAURENCE M. BARDFELD
                                 ASSISTANT UNITED STATES ATTORNEY
                                 Court Bar No. 712450

*Penalty Sheet(s) attached                                    REV.4/7/99
N:\udd\lbardfel\wells\indpackage

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
# PENALTY SHEET

Defendant's Name: THEODORE WILLIAM WELLS, JR.  No.:_____

Count # I:
Travel with Intent to Engage in Sexual Act with a Minor; in violation of 18 U.S.C. § 2423

*Max Penalty: Fifteen (15) years' imprisonment; $250,000 fine

Count # II:

*Max Penalty:

Count #:

*Max Penalty:

Count #:

*Max Penalty:

Count # :

*Max Penalty:

**Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms or forfeitures that may be applicable.**

REV. 12/12/96