AO 442 (Rev. 12/85) Warrant for Arrest   AUSA LAURENCE M. BARDFELD   SPECIAL AGENT TERRI PATTERSON (305)944-9101

# United States District Court

SOUTHERN DISTRICT OF FLORIDA

FBI
449906

UNITED STATES OF AMERICA

v

THEODORE WILLIAM WELLS, JR.

**WARRANT FOR ARREST**

CASE NUMBER: **00-6030 CR-FERGUSON**

TO: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest  THEODORE WILLIAM WELLS, JR.

Name  **MAGISTRATE JUDGE SNOW**

and bring him or her forthwith to the nearest magistrate to answer a(n)

☒ Indictment  ☐ Information  ☐ Complaint  ☐ Order of court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him or her with (brief description of offense) Traveling in interstate commerce to engage in a sexual act with a minor,

in violation of Title 18 United States Code, Section(s) 2423(b)

CLARENCE MADDOX
Name of Issuing Officer

Signature of Issuing Officer

Bail fixed at $ Pre trial detention requested

COURT ADMINISTRATOR\CLERK OF THE COURT
Title of Issuing Officer

February 03, 2000 Fort Lauderdale, Florida
Date and Location

by Lurana S. Snow, Chief United States Magistrate Judge
Name of Judicial Officer

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above defendant at Mt. Laurel, NJ | | |
| DATE RECEIVED 2/3/2000 | NAME AND TITLE OF ARRESTING OFFICER  James A. Tassone, US Marshal | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST 2/8/2000 | FOR: FBI | Fred Depompa, SDUSM |