# UNITED STATES DISTRICT COURT

_____ District of _____

| UNITED STATES OF AMERICA | COMMITMENT TO ANOTHER |
| V. | DISTRICT |

| DOCKET NUMBER | | MAGISTRATE JUDGE CASE NUMBER | |
|---|---|---|---|
| District of Arrest | District of Offense | District of Arrest | District of Offense |
| | | | |

**CHARGES AGAINST THE DEFENDANT ARE BASED UPON AN**
☑ Indictment  ☐ Information  ☐ Complaint  ☐ Other (specify)

charging a violation of _____ U.S.C. § _____

**DISTRICT OF OFFENSE**

**DESCRIPTION OF CHARGES:**

**CURRENT BOND STATUS:**
☐ Bail Fixed at _____ and conditions were not met
☐ Government moved for detention and defendant detained after hearing in District of Arrest
☐ Government moved for detention and defendant detained pending detention hearing in District of Offense
☐ Other (specify)

| Representation: | ☐ Retained Own Counsel | ☑ Federal Defender Organization | ☐ CJA Attorney | ☐ None |

| Interpreter Required? | ☑ No | ☐ Yes | Language: |

**DISTRICT OF**

TO: THE UNITED STATES MARSHAL

You are hereby commanded to take custody of the above named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant.

_____ _____
Date                   United States Judge or Magistrate Judge

**RETURN**

This commitment was received and executed as follows:

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
| | | |

| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|---|
| | | |

DISTRICT OF NEW JERSEY
MINUTES OF PROCEEDINGS

TRENTON OFFICE                              February 8, 2000
Hon. John J. Hughes, USMJ                   DATE OF PROCEEDINGS
ESR: Glynn                                  Mg. 00-1103-(01)

TITLE:
    United States vs. Theodore William Wells, Jr.

APPEARANCES:
    Donna Krappa, AUSA              for the gov't
    David Shafer, AFPD              for the deft

ACTIONS TAKEN:

| | | |
|---|---|---|
| Advised as to Rights | x | |
| Waiver of Counsel | | |
| Counsel Appointed | x | |
| Order of Release | | |
| Interpreter Sworn | | - - - - (Language = ) |

| | | |
|---|---|---|
| Temp Commitment Issued | | |
| Commitment to District | x | |
| Waiver of Removal Hrg | x | |
| Date Set for Prel Hrg | | |

TRIAL:
Consent to Trial by Mag.Judge ___        Deft Sworn ___    Plea ___

PROCEEDINGS:

Initial Appearance on a Rule 40 (Out/ D wanted in the SDFl)
    Govt application to detain the deft and remand him to the custody of the U.S. Marshal for return to USDC/SDFl - Ordered Granted.

    The Court directed the U.S. Marshal's Service to advise prison authorities of the deft's personality disorder.

Commenced: 2:00pm
Time Adjourned: 2:30pm                      _____
Adjourned to: n/a                           Denis C. Glynn
                                            Deputy Clerk

# United States District Court

for the _____ DISTRICT OF _____ New Jersey _____

UNITED STATES OF AMERICA

v.

_Theodore William Polk Jr_    Case Number: _00-mcr-01_

**WAIVER OF RULE 40 HEARINGS**
(Excluding Probation Cases)

I, _____, understand that in the _Southern_ District of _Florida_, charges are pending alleging violation of _____ and that I have been arrested in this District and taken before a United States Magistrate, who informed me of the charge and of my right to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel, (2) request transfer of the proceedings to this district pursuant to Rule 20, Fed. R. Crim. P., in order to plead guilty, (3) an identity hearing to determine if I am the person named in the charge, and (4) a preliminary examination (unless an indictment has been returned or an information filed) to determine whether there is probable cause to believe an offense has been committed by me, the hearing to be held either in this district or the district of prosecution.

I HEREBY WAIVE (GIVE UP) MY RIGHT TO A(N):

( ✓ ) identity hearing

(   ) preliminary examination

(   ) identity hearing and have been informed I have no right to a preliminary examination

(   ) identity hearing but request a preliminary examination be held in the prosecuting district

and, therefore, consent to the issuance of an order requiring my appearance in the prosecuting district where the charge is pending against me.

_____
Defendant

2/8/00
_____
Date

_____
Defense Counsel

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES | : | Mg. 00-1103-01 |
| | : | |
| vs. | : | ORDER APPOINTING FEDERAL PUBLIC DEFENDER |
| THEODORE WILLIAM WELLS, JR. | : | |

The Court being satisfied that the defendant is financially unable to retain counsel; and the defendant not having waived the appointment of counsel, and for good cause shown;

IT IS on this 8th day of February, 2000.;

ORDERED that the Federal Public Defender for the District of New Jersey is hereby assigned to represent the defendant until ultimate resolution of the action or further order of the Court.

HONORABLE JOHN J. HUGHES
UNITED STATES MAGISTRATE JUDGE

# FINANCIAL AFFIDAVIT
## IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

CJA 23 (Rev. 5/98)

IN UNITED STATES  ☑ MAGISTRATE  ☐ DISTRICT  ☐ APPEALS COURT or  ☐ OTHER PANEL (Specify below)

IN THE CASE OF: _U.S._ VS _Wells, Jr._  FOR _U.S.C._ AT _Trenton_

LOCATION NUMBER: _____

PERSON REPRESENTED (Show your full name): _Theodore W. Wells, Jr._

1. ☑ Defendant - Adult
2. ☐ Defendant - Juvenile
3. ☐ Appellant
4. ☐ Probation Violator
5. ☐ Parole Violator
6. ☐ Habeas Petitioner
7. ☐ 2255 Petitioner
8. ☐ Material Witness
9. ☐ Other (Specify)

DOCKET NUMBERS
Magistrate: 00-1103
District Court:
Court of Appeals:

CHARGE/OFFENSE (describe if applicable & check box →)  ☑ Felony  ☐ Misdemeanor

_18 USC §2253(b)_

---

## ASSETS

**EMPLOYMENT**
Are you now employed? ☐ Yes  ☑ No  ☐ Am Self Employed
Name and address of employer: _Recently employed computer programmer (looking for permanent employment)_
IF YES, how much do you earn per month? $ ___
IF NO, give month and year of last employment: _U. of Fla._ _Ft. Lauderdale: $X,500_ _12/99_ _net._
How much did you earn per month? $
If married is your Spouse employed? ☑ Yes  ☐ No
IF YES, how much does your Spouse earn per month? $ _1,472 net_
If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $

**OTHER INCOME**
Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☐ Yes  ☐ No
IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES
RECEIVED: $8,400  SOURCES: Rent 1/2 Duplex

**CASH**
Have you any cash on hand or money in savings or checking account ☐ Yes ☐ No  IF YES, state total amount $ _186.+ 40_ cash

**PROPERTY**
Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☑ Yes  ☐ No
VALUE: $20,000
DESCRIPTION: 1999 Toyota Camry (owe $20,000 on T. bought 6 mos ago. (in both names))

---

## OBLIGATIONS & DEBTS

**DEPENDENTS**
MARITAL STATUS:
☐ SINGLE
☑ MARRIED
☐ WIDOWED
☐ SEPARATED OR DIVORCED
Total No. of Dependents: 0
List persons you actually support and your relationship to them: ___

**DEBTS & MONTHLY BILLS** (LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

| APARTMENT OR HOME | Creditors | Total Debt | Monthly Payt. |
|---|---|---|---|
| 239-B Willow Turn, Mt. Laurel, NJ 08054 | (Duplex) | $140,000 | $1,251 |
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date) _2/8/00_

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED) ▶ _T. William Wells_

violation of Chapter 109A of Title 18, United States Code, if the sexual act occurred in the special maritime and territorial jurisdiction of the United States; all in violation of Title 18, United States Code, Section 2423(b).

A TRUE BILL:

_____
FOREPERSON

_____
THOMAS E. SCOTT
UNITED STATES ATTORNEY

_____
LAURENCE M. BARDFELD
ASSISTANT UNITED STATES ATTORNEY

- 2 -

```
                                                          R40      CLOSED
                        U.S. District Court
                   District of New Jersey (Trenton)

            CRIMINAL DOCKET FOR CASE #: 00-M -1103-1

USA v. WELLS                                        Filed: 02/08/00
Case Assigned to:  Mag. Judge John J. Hughes
Dkt# in other court: None

THEODORE WILLIAM WELLS, JR.      DAVID SHAFER
      defendant                    [term  02/08/00]
   [term  02/08/00]                [COR LD NTC pda]
                                 OFFICE OF THE FEDERAL PUBLIC
                                 DEFENDER
                                 STATION PLAZA #4 - 4TH FLOOR
                                 TRENTON, NJ 08609
                                 (609) 989-2160


Pending Counts:

   NONE


Terminated Counts:

   NONE



Complaints:

   NONE



U. S. Attorneys:

   DONNA KRAPPA
     [term  02/08/00]
   [COR LD NTC]
   OFFICE OF THE U.S. ATTORNEY
   CLARKSON S. FISHER U.S.
   COURTHOUSE
   402 EAST STATE STREET
   TRENTON, NJ 08608
   (609) 989-2190



Docket as of February 9, 2000 4:23 pm                     Page 1
```

```
Proceedings include all events.                                    R40
3:00m 1103-1 USA v. WELLS
                                                                CLOSED
2/8/00   1    Copy of Arrest Warrant and Indictment submitted in support
              of the Rule 40 Proceedings as to THEODORE WILLIAM WELLS JR.
              received from SDFl (dg) [Entry date 02/09/00]

2/8/00   2    CJA 23 FINANCIAL AFFIDAVIT by THEODORE WILLIAM WELLS JR. (dg)
              [Entry date 02/09/00]

2/8/00   3    ORDER as to THEODORE WILLIAM WELLS JR., Appointing Federal
              Public Defender ( Signed by Mag. Judge John J. Hughes ) (dg)
              [Entry date 02/09/00]

2/8/00   4    WAIVER of Rule 40 Hearings by THEODORE WILLIAM WELLS JR. (dg)
              [Entry date 02/09/00]

2/8/00   5    Minutes of 2/8/00 before Mag. Judge John J. Hughes as to
              THEODORE WILLIAM WELLS JR.; Initial Appearance held.
              (Defendant informed of rights.); govt appl' to remand the
              deft pending transport to USDC/SDFl - Ordered Granted.
              (Court Reporter/ESR: Glynn) (dg) [Entry date 02/09/00]

2/8/00   --   WARRANT of Removal issued for the return of the deft to the
              Southern District of Florida (dg) [Entry date 02/09/00]
```

