COURT MINUTES
U.S. MAGISTRATE JUDGE BARRY S. SELTZER – FORT LAUDERDALE

DEFT: Theodore Wells (J)#  CASE NO: 00-6030-CR-Ferguson
AUSA: Larry Bardfeld /Schuke  ATTNY: Marty Bidwell
AGENT: _____  VIOL: 18:2423
PROCEEDING: Initial Appearance  BOND REC: PTD
BOND HEARING HELD – yes/no  COUNSEL APPOINTED: FPD
___ BOND SET @ _____
CO-SIGNATURES: _____
SPECIAL CONDITIONS: _____

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/travel documents.
4) Rpt to PTS as directed /or ____ x's a week/month by phone; ____ x's a week/month in person.
5) Random urine testing by Pretrial Services. Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew: _____
11) Travel extended to: _____
12) ___ Halfway House
    ___ Electronic Monitoring

FILED by ___ D.C.
FEB 16 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

√ - advised of charges
√ - sworn for Counsel
PTD ordered in New Jersey - District of the Offense

√ Reading of Indictment waived
  Not Guilty plea entered
  Jury trial demanded
  Standing Discovery Order requested

NEXT COURT APPEARANCE:   DATE:   TIME:   JUDGE:
INQUIRY RE COUNSEL: _____
PTD/BOND HEARING: _____
PRELIM/ARRAIGN. OR REMOVAL: _____
STATUS CONFERENCE: 3-2-00  11:00  LSS
DATE: 2-16-00  TIME: 11:00am  TAPE # 00-013  PG # 3

2858-3193
3674-3748
5