UNITED STATES DISTRICT COURT
Southern District of Florida

FILED by _____ D.C.
FEB 16 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

U.S. Marshal # 12561-050

UNITED STATES OF AMERICA      )
              Plaintiff       )   Case Number: CR 00-6030-CR-Feng
                              )   REPORT COMMENCING CRIMINAL
    -vs-                      )            ACTION
                              )
Wells, Theodore William       )
              Defendant

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

To: Clerk's Office    MIAMI / FT. LAUDERDALE / W. PALM BEACH
    U.S. District Court         (circle one)

NOTE: CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN
      MAGISTRATES COURT ABOVE

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

All items are to be completed. Information not applicable or
unknown will be indicated "N/A".

(1)  Date and Time of Arrest: 2-16-00  5:00  am/pm

(2)  Language Spoken: English

(3)  Offense(s) Charged: Sex Offense

(4)  U.S. Citizen [✓] Yes  [ ] No  [ ] Unknown

(5)  Date of Birth: 1-6-57

(6)  Type of Charging Document: (check one)
     [✓] Indictment  [ ] Complaint   To be filed/Already filed
     Case# _____

     [ ] Bench Warrant for Failure to Appear
     [ ] Probation Violation Warrant
     [ ] Parole Violation Warrant

     Originating District: S/Fla

     COPY OF WARRANT LEFT WITH BOOKING OFFICER  [ ]YES [ ]NO

Amount of Bond: $ PTD Request
Who set Bond: _____

(7)  Remarks: Airlift

(8)  Date: 02-17-00   (9) Arresting Officer: _____

(10) Agency: _____   (11) Phone: _____

(12) Comments: _____

6