

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

CASE NO.   00-6030-CR-Ferguson

UNITED STATES OF AMERICA

      vs

  Theodore Wells          ARRAIGNMENT INFORMATION SHEET

    The above named Defendant appeared before Magistrate Judge Barry S Seltzer on _____2-16-00_____, where the Defendant was arraigned and plea of NOT GUILTY was entered. Defendant and court-appointed/retained counsel of record will be noticed for trial by the District Court Judg assigned to this case. The following information is current as of this date

                                  IN CUSTODY

DEFENDANT:        Address:_____

                             _____

                Telephone:_____

DEFENSE COUNSEL:   Name:_____FPD_____

                Address:_____

                             _____

                Telephone:_____

BOND SET/CONTINUED:  $_____PTD ordered in district of arrest_____

Bond hearing held: yes_____ no_____ Bond hearing set for_____

Dated this____16____day of _____February_____, 20 00 .

                        CLARENCE MADDOX
                        COURT ADMINISTRATOR/ CLERK

                        By_____
                        Deputy Clerk

                        Tape No._____00-013_____

cc: Clerk for Judge
    U. S. Attorney