UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA : Mag. No.

00-6030-CR-WDF

v. :

THEODORE WILLIAM WELLS, JR. : DETENTION ORDER

This matter having been opened to the Court on the motion of the United States, by Robert J. Cleary, United States Attorney for the District of New Jersey, (By Donna Krappa, A.U.S.A.) for an order pursuant to Title 18, United States Code, Section 3142(e) to detain Theodore William Wells, Jr., without bail pending trial in the above-captioned matter, and the Hon. John J. Hughes, U.S. Magistrate Judge, having considered the factors set forth in Title 18, United States Code, Section 3142(g), the arguments of counsel, and in consideration of those arguments and the other evidence before the Court, and for the reasons stated on the record at the hearing on February 8, 2000, the Court finds:

    1. The United States has proven by clear and convincing evidence that the defendant poses a danger to the community and risk of flight based upon (1) the defendant's admitted multiple personality disorder; and (2) his continued contact with the minor victim after admonitions by both the Fort Lauderdale Police Department and the

Shelby County General Session Court in Memphis, Tennessee that he not have any contact with the minor who is the alleged victim of the offense.

2. There are no condition or combination of conditions will reasonably assure the safety of the community and the appearance of the defendant as required.

IT IS, therefore, on this 10th day of February, 2000,

ORDERED, pursuant to Title 18, United States Code, Section 3142, that Defendant Theodore William Wells, Jr., be committed to the custody of the Attorney General or her authorized representative pending trial; and it is further

ORDERED, pursuant to Title 18, United States Code, Section 3142(I), that the defendant be confined in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal; and it is further

ORDERED, pursuant to Title 18, United States Code, Section 3142(I), that the defendant be afforded reasonable opportunity for private consultations with counsel; and it is further

ORDERED, pursuant to Title 18, United States Code, Section 3142(I), that, upon order of this or any other court of the United States of competent jurisdiction or on request of an attorney for the United States, the defendant shall be delivered to a United States Marshal for the purpose of appearances in connection with court proceedings; and it is further

ORDERED that the motion of the United States for an order detaining the defendant without bail pending trial is hereby granted, and the defendant is hereby ordered detained pending trial in the above-entitled matter.

_____
HON. JOHN J. HUGHES
United States Magistrate Judge