HONORABLE MAGISTRATE JUDGE LURANA S. SNOW

STATUS CONFERENCE

(USM do not bring defendants for status hearing)

DEFT __THEODORE WELLS_____ CASE NO: __00-6030-CR-FERGUSON__

AUSA __LARRY BARDFELD__ /*illegible* ATTY __FPD__ *Ann Krueger* 

*disc not out*
*no outstanding motions*
*trial set 3/27*
*motions due 3/17*

00-0240?

DEFT _____ CASE NO: _____

AUSA _____ ATTY _____

*[FILED by __ D.C. MAR -2 2000 CLARENCE MADDOX CLERK U.S. DIST. CT. S.D. OF FLA. FT. LAUD.]*

DEFT _____ CASE NO: _____

AUSA _____ ATTY _____

DEFT _____ CASE NO: _____

AUSA _____ ATTY _____

DEFT _____ CASE NO: _____

AUSA _____ ATTY _____

DEFT _____ CASE NO: _____

AUSA _____ ATTY _____

DATE __MARCH 2, 2000_____ TIME __11:00_____

16