UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 00-6030-CR-FERGUSON

UNITED STATES OF AMERICA,           :

       Plaintiff,                   :

v.                                  :

THEODORE WELLS,                     :

       Defendant.                   :
_____

FILED by ____ D.C.

MAR - 7 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

## STATUS REPORT

A status conference was held in this cause on March 2, 2000. At that conference, the parties informed the Court as follows:

1. Discovery was provided at the status conference.

2. Counsel for the defendant shall have until March 17, 2000, within which to file pretrial motions.

3. This case may be resolved by way off a plea.

DATED at Fort Lauderdale, Florida, this 7th day of March, 2000.

LURANA S. SNOW
CHIEF UNITED STATES MAGISTRATE JUDGE

Copies to:

AUSA Larry Bardfeld (FTL)
Federal Public Defender's Office (FTL)