UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. __00-6030-CR-FERGUSON__

UNITED STATES OF AMERICA
    Plaintiff,

DOCKET ENTRY # _20-21_
(to be completed by Clerk of Court)

vs.

THEODORE WELLS
    Defendant.

## SEALED FILING COVER SHEET

Party Filing Matter Under Seal:

    Name: __Theodore Wells__
    Address: __FDC Miami__
    Telephone: _____
    Facsimile: _____
    E-mail: _____

Counsel for Party Filing Matter Under Seal:

    Name: __Timothy M. Day, Assistant Federal Public Defender__
    Address: __101 N.E. 3rd Ave., #202, Fort Lauderdale, Florida 33301__
    Telephone: __(954) 356-7436__
    Facsimile: __(954) 356-7556__
    E-mail: _____

Date of Filing: __4/27/00__

Party has filed a separate Motion to Seal, requesting that the matter remain sealed:
    _X_ Until Conclusion of Trial
    ___ Until Conclusion of Direct Appeal
    ___ Until Case Closing
    ___ Permanently
    ___ Other _____

If permanent sealing is required, specify the authorizing law, court order or court rule: _____

The moving party requests that when the sealing period expires, the filed matter should be (select one):
    _X_ unsealed and placed in the public portion of the court file
    ___ destroyed
    ___ returned to the party or counsel for the party, as identified above

### COURT RULING
(to be completed by Clerk based on Court's order)

Ruling on Motion to Seal: ___ Granted ___ Denied ___ Other
    Date: _____

Matter May be Unsealed After:
    ___ Conclusion of Trial      ___ Conclusion of Direct Appeal
    ___ Case Closing      ___ Other _____

___ Matter to remain sealed absent further Court Order