UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 00-6030-CR-FERGUSON

UNITED STATES OF AMERICA,      :

    Plaintiff,      :

vs.      :

THEODORE WELLS,      :

    Defendant.      :
_____/



## UNOPPOSED MOTION TO CONTINUE

The defendant, through counsel, requests that this Court continue the trial in the above-styled case and as grounds in support thereof would state:

1. The defendant is charged with traveling in interstate commerce for the purpose of engaging in a sexual act with a person under the age of 18 in violation of 18 U.S.C. § 2423(b).

2. Trial is presently set for May 22, 2000.

3. Assistant United States Attorney Larry Bardfeld is in the process of gathering information and documents to be provided to the defendant. To date, he has not received all the materials, but has provided all that have been received. As this case transpired in three different states, a period of time is necessary in order to obtain all information and documents needed for presentation of the defendant's defense. These documents include some that were seized from the defendant. Additionally, The FBI lab has conducted scientific tests on certain evidence. According to AUSA Bardfeld, reports of this testing are being compiled. To date these have not been received.



4.   Assistant United States Attorney Larry Bardfeld has no objection to the continuance of this matter. Counsel for the undersigned requests thirty (30) days in order to properly prepare the defense.

WHEREFORE, the defendant requests that this Court continue the trial in the above-styled case.

Respectfully submitted,

KATHLEEN M. WILLIAMS
FEDERAL PUBLIC DEFENDER

By: _____
Timothy M. Day
Assistant Federal Public Defender
Florida Bar No. 360325
101 N.E. 3rd Avenue
Suite 202
Fort Lauderdale, Florida 33301
(954) 356-7436
(954) 356-7556 (fax)

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was mailed on this ___10___ day of May, 2000 to Larry Bardfeld, Esquire, United States Attorney's Office, 299 E. Broward Blvd., Fort Lauderdale, Florida 33301.

_____
Timothy M. Day

S:\DAY\Wells:Continue.01