UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 00-6030-CR-FERGUSON

UNITED STATES OF AMERICA )
)
)
)
v. )
)
THEODORE WILLIAM WELLS, JR. )
)
Defendant. )
)
_____ )

**NIGHT BOX FILED**

**MAY 1 2 2000**

CLARENCE MADDOX
CLERK, USDC / SDFL / FTL

### GOVERNMENT'S SUPPLEMENTAL RESPONSE TO THE STANDING DISCOVERY ORDER

The United States hereby files this supplemental response to the Standing Discovery Order.

A.  1.  A computer disc with copies of voice-mail messages left on Defendant's office voice mail is enclosed.

    5. A copy of a letter written to Defendant is attached.

Respectfully submitted,

THOMAS E. SCOTT
UNITED STATES ATTORNEY

By: _____
LAURENCE M. BARDFELD
Assistant United States Attorney
Florida Bar No. 712450
500 East Broward Boulevard
Fort Lauderdale, Florida 33394
Tel: (954) 356-7255, ext. 3510
Fax: (954) 356-7336

cc: Special Agent Terri Patterson, (FBI)

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was mailed/hand delivered this 15th day of May, 2000, to: Tim Day, Assistant Federal Public Defender, 101 NE 3rd Avenue, Suite 202, Fort Lauderdale, Florida 33301.

LAURENCE M. BARDFELD
Assistant United States Attorney

2