UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6030-CR-FERGUSON

UNITED STATES OF AMERICA )
)
)
)
v. )
)
THEODORE WILLIAM WELLS, JR. )
)
 Defendant. )
)
_____)



**GOVERNMENT'S SECOND SUPPLEMENTAL RESPONSE TO
THE STANDING DISCOVERY ORDER**

The United States hereby files this second supplemental response to the Standing Discovery Order.

   A.   6.   A copy of a report from Forensic Scientist Dana Warren of the Illinois State Police is attached.

                          Respectfully submitted,

                          THOMAS E. SCOTT
                          UNITED STATES ATTORNEY

       By: _____
              LAURENCE M. BARDFELD
              Assistant United States Attorney
              Florida Bar No. 712450
              500 East Broward Boulevard
              Fort Lauderdale, Florida 33394
              Tel: (954) 356-7255, ext. 3510
              Fax: (954) 356-7336

cc: Special Agent Terri Patterson, (FBI)

**CERTIFICATE OF SERVICE**

I **HEREBY CERTIFY** that a true and correct copy of the foregoing was mailed/hand delivered this 30th day of May, 2000, to: Tim Day, Assistant Federal Public Defender, 101 NE 3rd Avenue, Suite 202, Fort Lauderdale, Florida 33301.

LAURENCE M. BARDFELD
Assistant United States Attorney

2