**CRIMINAL MINUTES**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

HONORABLE ___WILKIE D. FERGUSON, JR.___ Presiding

Case No. __00-6030-CR-WDF__   Date: __6/12/00__

Clerk: ___Deloris McIntosh___   Reporter: _Paul Haferling_

USPO: _____   Interpreter: _None_

**UNITED STATES OF AMERICA vs.** __Theodore W. Wells, JR. (J)__

AUSA: __Larry Bardfeld__
Defendant(s) Counsel: __Robert Berube / Tim Day__

Defendant(s) Present___ Not Present___ In Custody___
Reason for hearing: __Calendar Call__

Result of hearing: __Change of Plea Set for 6/19/00 @ 9:00__

Case Continued to: _____ Time: _____ A.M. For: _____

26