### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

    Plaintiff(s),

vs.

THEODORE W. WELLS, JR.,

    Defendant(s).

_____/

Case No. 00-6030-CR-FERGUSON

JUN 16 2000

### NOTICE OF HEARING

**PLEASE TAKE NOTICE** that the above-styled Cause has been set for a CHANGE OF

PLEA hearing before the undersigned at the United States District Court, **299 East Broward Blvd.,**

**Courtroom 207B, Ft. Lauderdale, Florida 33301, on JUNE 27, 2000 at 9:30 A.M.** minutes

have been reserved for this matter.

**DONE AND ORDERED** in Chambers at Ft. Lauderdale, Florida, this 12th day of June,

2000.

WILKIE D. FERGUSON, JR.
UNITED STATES DISTRICT JUDGE

copies provided:
Larry Bardfeld, AUSA
Tim Day, AFPD

