UNITED STATES DISTRICT COURT
D. SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6030-CR-FERGUSON

UNITED STATES OF AMERICA,
    Plaintiff,

vs.

**MINUTES**
**CHANGE OF PLEA**

THEODORE W. WELLS, JR.,
    Defendant.
_____/

FILED by ___ DKTG
JUL 7 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

    On July 07, 2000, the above-named defendant appeared in person before the Honorable WILKIE D. FERGUSON, JR., United States District Judge, with counsel Tim Day, AFPD, appointed by the Court/retained by the defendant, and said defendant stated in open court that **he**/she desired to withdraw the plea of not guilty heretofore entered and desired to enter a plea of guilty as to count(s) **I** Of the Indictment. After the defendant was duly sworn, the Court made inquiry as to guilt. The Court, being satisfied there was a factual basis for the plea, accepted the plea of guilty and found the defendant guilty as charged.

    Whereupon:

( )     The Court proceeded to pronounce sentence.

(X)     The Court postponed sentencing until **9/15/00** **at** 9:00 a.m.,

( )     and the defendant was allowed to remain on present bond until then;

( )     and the defendant remanded to the custody of the U.S. Marshal until a $_____ bond is posted;

(X)     and the defendant was remanded to the custody of the U.S. Marshal awaiting sentencing.

Judge <u>Wilkie D. Ferguson, JR.</u>
Reporter <u>Paul Haferling</u>
Clerk <u>Troy T. Walker</u>

