# SENTENCING MINUTES
## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

FILED by _____ D.C.
SEP 18 2000

CASE # 00-6030-CR-WDF

DEFENDANT: Theodore Wells, Jr.
JUDGE: WILKIE D. FERGUSON
Deputy Clerk: TROY T. WALKER
DATE: September 15, 2000
Court Reporter: ~~Paul Haferling~~ / Meyers
USPO: K. Gomez
AUSA: L. Bardfeld
Deft's Counsel: Jim Day, FPD

COUNTS DISMISSED: All Others

____ Deft. Failed to Appear - Warrant to be Issued - Bond Forfeited.

____ Sentencing cont'd until ___/___/___ at _____ AM / PM

Right to appeal

### JUDGMENT AND SENTENCE

Imprisonment: Years 1 & 1 day Months ____ Counts ____

Supervised Release: 3 yrs (See PSI for details)

Probation: Years ____ Months ____ Counts ____

Comments: _____

Assessment $ 100.00     Fine $ None
Restitution/Other $ 600.00

### CUSTODY
✓ Remanded to the Custody of the U.S. Marshal Service ____ Release on bond pending appeal

____ Voluntary Surrender to (designated institution or U.S. Marshal Service) on ___/___/___

Commitment Recommendation: That the defendant is incarcerated at Fort Dix, N.J.

31