DEFENDANT: **THEODORE WILLIAMS WELLS, JR.,**
CASE NUMBER: **0:00CR06030-001**

00-6030-CR-FERGUSON

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of  __a year and a day__.

☒ The court makes the following recommendations to the Bureau of Prisons:

**That the defendant be incarcerated at Fort Dix, New Jersey.**

☒ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

  ☐ at _____ a.m./p.m. on _____ .
  ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

  ☐ before 2 p.m. on _____ .
  ☐ as notified by the United States Marshal.
  ☐ as notified by the Probation or Pretrial Services Office.

CLAR...X
CLERK U.S. DIST. CT.
S.D. OF FLA - MIA
00 NOV -6 PM 12: 16

## RETURN

I have executed this judgment as follows:

_____
_____
_____

Defendant delivered on __October 23, 2000__ to __Federal Detention Center, Miami, Florida__
at __33 NE 4 Street  Miami, Fl.__, with a certified copy of this judgment.

Monica S. Wetzel, Warden
~~UNITED STATES MARSHAL~~

By __J. Maseda, L.I.E.__
~~XXXXXXXXX~~
~~Deputy U.S. Marshal~~