| PROB 22 Rev.2/88 | | DOCKET NUMBER(Tran.Ct) |
|---|---|---|
| **TRANSFER OF JURISDICTION** | | 00-6030-CR-FERGUSON DOCKET NUMBER(Rec.Ct) 01-CR-220-JWB |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Mr. Theodore Wells, Jr., 239B Willow Turn Mt. Laurel, New Yersey | Southern District of Florida | Miami |
| | NAME OF SENTENCING JUDGE | |
| | The Honorable Wilkie D. Ferguson, Jr. | |

| SD/FL PACTS No. | DATES OF PROBATION SUPERVISED RELEASE | FROM 12/18/00 | TO 12/17/03 |
|---|---|---|---|

OFFENSE: Enticement of a Minor Female, in violation of Title 18, U.S.C. § 2423(b)

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE <u>SOUTHERN DISTRICT OF FLORIDA</u>

**IT IS HEREBY ORDERED** that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the <u>District of New Jersey</u> upon the court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

3/20/01
Date

United States District Judge

*This sentence may be deleted in the discretion of the transferring Court

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____ DISTRICT OF _____

**IT IS HEREBY ORDERED** that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

APR 4 2001

4/4/01
Effective Date

United States District Judge

Certified to be a true and correct copy of the document on file
Clarence Maddox, Clerk,
U.S. District Court
Southern District of Florida
By _____ Deputy Clerk
Date 5/2/01