**UNITED STATES DISTRICT COURT**
SOUTHERN DISTRICT OF FLORIDA

CLARENCE MADDOX
Clerk of Court




Duplicate • Duplicate • Duplicate

May 2, 2001

United States District Court
New Jersey
PO Box 419

Newark, NJ 07101-0419

RE: *USA vs. Wells*    Case No.00-6030-CR-WDF (01-CR-220-JAP)

Dear Sir:

Pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer/supervised releasee has been transferred to your court. In compliance with the Transfer of Jurisdiction the following items are being forwarded herewith:

- (1) original form PROB 22 Transfer of Jurisdiction
- (1) certified copy of the Indictment/Information
- (1) certified copy of the J&C

Please acknowledge receipt of the above on the enclosed copy of this letter and return it the envelope which has been provided.

CLARENCE MADDOX
Clerk of Court

by: _____
    Deputy Clerk

Encl.

---

**CLERK'S ACKNOWLEDGMENT OF RECEIPT**

This case has been assigned our case number:

1:cr-01-220-JAP

by: _____
    Deputy Clerk

Date: 5/8/01

---

☐301 N. Miami Avenue    ☐299 E. Broward Boulevard    ☐701 Clematis Street    ☐301 Simonton Street    ☐300 S. Sixth Street
Room 150              Room 108                   Room 402              Room 130              Ft. Pierce, FL 34950
Miami, FL 33128       Ft. Lauderdale, FL 33301   W. Palm Beach, FL 33401   Key West, FL 33040    561-595-9691
305-523-5100          954-769-5400               561-803-3400          305-295-8100